IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VAL KAY, Derivatively on Behalf of Nominal Defendant XL FLEET CORP., <br><br> Plaintiff, <br><br> v. <br><br> DEB FRODL, ERIC TECH, KEVIN GRIFFIN, CHRIS HAYES, JOHN LEDECKY, SARA SCLARSIC, JOHN MILLER, H.R. BRADY, DIMITRI KAZARINOFF, THOMAS J. HYNES III, AND BRIAN PIERN, <br><br> Defendants, <br><br> and <br><br> XL FLEET CORP., <br><br> Nominal Defendant. | Case No. 1:22-cv-10977-NMG <br><br> Hon. Nathaniel M. Gorton |

**PLAINTIFF'S MOTION FOR**
**FINAL APPROVAL OF SETTLEMENT**

Plaintiff Val Kay in the above-referenced shareholder derivative action (the "Action") hereby respectfully moves this Honorable Court pursuant to Rule 23.1 of the Federal Rules of Civil Procedure to grant final approval of the settlement of this derivative action brought on behalf of nominal defendant XL Fleet, Inc. (now known as Spruce Power Holding Corporation) ("XL Fleet," "Spruce Power," or the "Company").[1] Plaintiff Kay respectfully requests the Court enter the proposed Order and Final Judgment ("Final Approval Order"), attached as Exhibit 1 to the Declaration of Thomas J. McKenna, submitted herewith.[2]

---

[1] Unless noted otherwise, all capitalized terms used herein shall have the same meaning as set forth in the Stipulation of Settlement dated March 1, 2024. ECF No. 68-1, Ex. 1.

[2] The settlement discussed herein also resolves the following related actions: (1) consolidated stockholder derivative action captioned *In re Spruce Power Holding Corp. S'holder Derivative Litig.*, Case No. 1:23-cv-00289-MN (D. Del.) (the "Delaware Action");

1

In support of this motion, Plaintiff Kay relies upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Settlement, and the Declaration of Thomas J. McKenna in support of this motion, together with its exhibits, as well as the papers submitted in support of Plaintiff's Motion for an Award of Attorneys' Fees, Expenses and Service Awards, submitted simultaneously herewith.

Defendants do not oppose the relief sought in the instant motion, namely final approval of the proposed settlement.

Dated: June 18, 2024

                                                  Respectfully submitted,

**LAW OFFICE OF MICHAEL P. UTKE, LLC**

By: */s/ Michael P. Utke*
Michael P. Utke
P.O. Box 360
Pepperell, MA 01463
Telephone: (617) 314-6600
Email: mutke@utkelaw.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (admitted *pro hac vice*)
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiff Val Kay*

---

and (2) Claude Patterson's stockholder litigation demand made on XL Fleet's Board of Directors (the "Litigation Demand").